158 A.3d 1183

ARGYROSOMUS, LLC, PLAINTIFF–RESPONDENT, v. SEABOARD LANDING, LLC, AND STATE OF NEW JERSEY, DEFENDANTS, AND REPUBLIC FIRST BANK, DEFENDANT–PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005963–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.